AMSTER ROTHSTEIN & EBENSTEIN LLP
Anthony LoCicero (Admitted Pro Hac)
alocicero@arelaw.com
Abraham Kasdan (Admitted Pro Hac)
akasdan@arelaw.com
Joseph M. Casino (Admitted Pro Hac)
jcasino@arelaw.com
90 Park Avenue
New York, New York 10016
Telephone: 212.336.8000
Facsimile: 212.336.8001

PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
Victor M. Felix (Bar No. 179622)
victor.felix@procopio.com
Frederick K. Taylor (Bar No. 159838)
fred.taylor@procopio.com
Mathieu G. Blackston (Bar No. 241540)
mathieu.blackston@procopio.com
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*Attorneys for Defendants and Counterclaim-Plaintiffs,*
JVC Americas Corporation and
JVC Kenwood Corporation

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>JVC Americas Corp.; and, JVC Kenwood Corporation,<br><br>   Defendants. | Case No. 13cv0356-DMS (WVG)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO APPLY COLLATERAL ESTOPPEL<br><br>DEMAND FOR JURY TRIAL<br><br>Assigned to: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Hearing: July 26, 2013, 1:30 pm<br>ORAL ARGUMENT REQUESTED |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 26, 2013 at 1:30 p.m. in Courtroom 13A, in accordance with the Court's May 30, 2013 Order Setting Date for Hearing, Defendants and Counterclaimants JVC Americas Corp. and JVC Kenwood Corporation (collectively "JVC") will and hereby do submit this motion to apply collateral estoppel to Plaintiff e.Digital Corporation.

The motion is based on this Notice of Motion and Motion, and the Memorandum in Support of Motion to Apply Collateral Estoppel Regarding Claim Construction Ruling in Prior e.Digital Case, the concurrently filed Declaration of Victor M. Felix, the pleadings and papers on file in these actions, and the argument of counsel presented at the hearing on the motion.

In accordance with this Court's Order, Defendants jointly submit this Notice of Motion and Motion and supporting documents with all other Defendants in any case brought by e.Digital (collectively styled *In re e.Digital Cases*) who so join this motion, whether in whole or in part.

DATED: June 19, 2013

AMSTER ROTHSTEIN & EBENSTEIN LLP

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Victor M. Felix
Victor M. Felix
Frederick K. Taylor
525 B Street, Suite 2200
San Diego, California  92101
Telephone: 619.238.1900
Facsimile: 619-235-0398
Email: victor.felix@procopio.com
fred.taylor@procopio.com

Mathieu G. Blackston
12544 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858-720-6300
Fax:  619-235-0398
mathieu.blackston@procopio.com
Attorneys for Defendants  JVC Americas Corp., and JVC Kenwood Corporation